IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL CODY WOLF,<br><br>Defendant. | CR 18-67-GF-BMM-JTJ<br><br>**ORDER** |

The United States Probation Office filed a Petition on December 13, 2021, requesting that the Court revoke Defendant Michael Wolf's supervised release. The Court commenced a revocation hearing on December 28, 2021. Wolf admitted the alleged supervised release violation. The Court determined that Wolf may be suffering from a mental disease or defect that should be evaluated before the Court conducts the sentencing portion of Wolf's revocation hearing. 18 U.S.C. § 4244(a).

Accordingly, IT IS ORDERED:

1. Wolf shall undergo a mental health evaluation pursuant to 18 U.S.C. § 4244(b) to assist the Court in determining whether Wolf suffers from a mental disease or defect that the Court should consider in determining an

appropriate sentence in this matter. The evaluation shall be completed within 30 days unless extended for good cause. 18 U.S.C. § 4247(b).

2. The examiner shall submit a report to the Court consistent with 18 U.S.C. § 4244(b) and 18 U.S.C. § 4247(c). The report should include a diagnosis of any observed mental disease or defect. The report should also describe any mental health treatment program that may assist Wolf with his mental health issues. 18 U.S.C. § 4247(c)(4)(E). The examiner's report shall be filed under seal. The Clerk of Court shall provide a copy of the report to Wolf and the United States.

3. The United States Marshals Service is directed to request that the Bureau of Prisons designate the federal facility where Wolf will be evaluated.

4. The United States Marshals Service shall notify the Court when it receives notice of the facility that has been designated.

5. The United States Marshals Service shall transfer Wolf to the designated facility, and shall transfer Wolf back to the District of Montana upon completion of the evaluation.

6. The Clerk is directed to notify the parties and the United States Marshals Service of the entry of this Order.

DATED this 29th day of December, 2021.

John Johnston
United States Magistrate Judge