IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL CODY WOLF,<br><br>Defendant. | CR-18-67-GF-BMM<br><br>**ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on May 11, 2022. (Doc. 70.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on May 10, 2022. (Doc. 69.) The United States accused Cody Michael Wolf (Wolf) of violating his conditions of supervised release by using methamphetamine. (Doc. 53.)

At the revocation hearing, Wolf admitted that he had violated the conditions of his supervised release by using methamphetamine. (Doc. 69.) Judge Johnston found that the violation Wolf admitted proved to be serious and warranted revocation, and recommended that Wolf receive a custodial sentence of time served, with 30 months of supervised release to follow.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 70) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Defendant Cody Michael Wolf be sentenced to the Bureau of Prisons for time served, with 30 months of supervised release to follow. Wolf's supervised release conditions should include the following new conditions:

1. Wolf should be required to enroll in a substance abuse treatment program at Spotted Bull Recovery Center in Poplar, Montana on or before May 13, 2022;

2. Wolf should be required to make an appointment at the Fort Peck Indian Health Service on or before May 17, 2022, and take all medications prescribed by his physician and psychiatrist.

DATED this 26th day of May, 2022.

_____
Brian Morris, Chief District Judge
United States District Court