IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL CODY WOLF,<br><br>Defendant. | CR 18-67-GF-BMM-JTJ<br><br>**FINDINGS AND RECOMMENDATIONS** |

## I. Synopsis

Defendant Michael Cody Wolf (Wolf) has been accused of violating the conditions of his supervised release. Wolf admitted all of the alleged violations. Wolf's supervised release should be revoked. Wolf should be placed in custody for 4 months, with 26 months of supervised release to follow.

## II. Status

Wolf pleaded guilty to Assault Resulting in Serious Bodily Injury on March 19, 2019. (Doc. 30). The Court sentenced Wolf to 15 months of custody, followed by 3 years of supervised release. (Doc. 36). Wolf's current term of supervised release began on October 9, 2019. (Doc. 75 at 1).

**Petition**

The United States Probation Office filed a Petition on August 9, 2022,

requesting that the Court revoke Wolf's supervised release. (Doc. 75). The Petition alleged that Wolf had violated the conditions of his supervised release by using methamphetamine on two separate occasions.

### Initial appearance

Wolf appeared before the undersigned for his initial appearance on August 18, 2022. Wolf was represented by counsel. Wolf stated that he had read the petition and that he understood the allegations. Wolf waived his right to request a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

### Revocation hearing

The Court conducted a revocation hearing on August 18, 2022. Wolf admitted that he had violated the conditions of his supervised release by using methamphetamine on two separate occasions. The violations are serious and warrant revocation of Wolf's supervised release.

Wolf's violations are Grade C violations. Wolf's criminal history category is I. Wolf's underlying offense is a Class C felony. Wolf could be incarcerated for up to 24 months. Wolf could be ordered to remain on supervised release for up to 30 months, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 3 to 9 months.

2

### III. Analysis

Wolf's supervised release should be revoked. Wolf should be incarcerated for 4 months, with 26 months of supervised release to follow. This sentence is sufficient but not greater than necessary.

### IV. Conclusion

The Court informed Wolf that the above sentence would be recommended to Chief United States District Judge Brian Morris. The Court also informed Wolf of his right to object to these Findings and Recommendations within 14 days of their issuance. The Court explained to Wolf that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS:**

> That Michael Cody Wolf violated the conditions of his supervised release by using methamphetamine on two separate occasions.

The Court **RECOMMENDS:**

> That the District Court revoke Wolf's supervised release and commit Wolf to the custody of the United States Bureau of Prisons for 4 months, with 26 months of supervised release to follow.

## NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge, and may waive the right to appear and allocute before a district court judge.

DATED this 22nd day of August, 2022.

John Johnston
United States Magistrate Judge