IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL CODY WOLF,<br><br>Defendant. | CR-18-67-GF-BMM<br><br><br><br>**ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on May 10, 2023.  (Doc. 112.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Judge Johnston conducted a revocation hearing on May 9, 2023. (Doc. 107.)  The United States accused Michael Cody Wolf, (Wolf) of violating his

conditions of supervised release by using methamphetamine on two separate occasions. (Doc. 105.)

At the revocation hearing, Wolf admitted that he had violation the terms of his supervised release by using methamphetamine on two separate occasions (Doc. 107.)  Judge Johnston found that the violations to be serious and warranted revocation, and recommended revocation of Wolf's supervised release and recommended a custodial sentence of 3 months, with no supervised release to follow.  (Doc. 112.)  Wolf was advised of his right to appeal and his right to allocute before the undersigned. (Doc. 107.)  The violations prove serious and warrant revocation of Wolf's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 112) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Michael Cody Wolf be sentenced to the Bureau of Prisons for 3 months, with no supervised release to follow.

DATED this 16th day of May, 2023.

_____
Brian Morris, Chief District Judge
United States District Court